AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SURESH BENNY | ) | Case No.  13-8159-JMH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

MAR 2 1 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____05/17/2012 - 12/5/2012_____ in the county of _____Palm Beach_____ in the
_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC Section 911 | Providing false claims to U.S. Citizenship |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Grant, Special Agent, DSS
*Printed name and title*

*I find probable cause.*

Sworn to before me and signed in my presence.

Date: ___3-21-13___

_____
*Judge's signature*

City and state: _____West Palm Beach, FL_____

U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## COMPLAINT AFFIDAVIT

I, Kevin Grant, being duly sworn, depose and state that:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent (SA) employed by the U.S. Department of State, Bureau of Diplomatic Security (DS), and have been so employed since March 2011. Prior to March 2011, I was employed as an engineer for various government contractor companies and have served in the military reserves since 1999.

2. I am responsible for enforcing federal criminal statutes relating to the fraud and misuse of U.S. passports, U.S. visas, and other travel documents used to transit international borders, including False Claims to U.S. Citizenship, in violation of Title 18, United States Code, Section 911.

3. This affidavit is made in support of an application for a criminal complaint charging Suresh Benny with False Claims to U.S. Citizenship in violation of Title 18, United States Code, Section 911. As such, I have not included in the affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for this Court to authorize a criminal complaint and an arrest warrant for Suresh Benny.

4. I am familiar with all the facts and circumstances surrounding this investigation as set forth herein, from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein.

## THE INVESTIGATION

5. On or about May 17, 2012, Suresh Benny entered the Palm Beach County Tax Collector's Office located at 301 N. Olive Ave., West Palm Beach, Florida to renew his Florida driver's license. In support of his renewal application, he presented his expired Florida driver's license, a U.S. Passport, a 2010 W-2 wage and earnings statement and two proofs of address (a Florida vehicle registration and Macy's payment slip). Examiner Janine Rosado, inspected the documents, in particular, the U.S. Passport which appeared to be altered. The picture on the U.S. Passport resembled the man who presented the documents to her and who purported to be Suresh Benny. Examiner Rosado noticed that an edge of the information page which had a photograph of Suresh Benny and biographical information, appeared to be peeling away from the page. Examiner Rosado asked Suresh Benny to wait and took the documents to her supervisor, Donna West and presented them for inspection. While Ms. West was inspecting the passport, Examiner Rosado looked over at her work station where Suresh Benny was standing, and noticed he was acting very nervous. Ms. West contacted the

1

Division of Motor Services in Tallahassee, Florida and advised them of the situation. While Ms. West was on the phone, Examiner Rosado looked back at her work station again and noticed that Suresh Benny had left leaving all of the documents he presented to her.

6. On or about June 6, 2012, Suresh Benny entered the Driver's License Office located at 7900 NW 27th Ave., Miami, Florida to renew his Florida driver's license. In support of his renewal application, he presented a Social Security Card, U.S. Passport, and two proofs of address to Examiner Akita Williams. Examiner Williams noticed immediately that the passport appeared to be fraudulent. Examiner Williams left her workstation to notify a supervisor who also believed the passport to be fraudulent. Examiner Williams then returned to her workstation and informed Suresh Benny that they needed to check the passport. Suresh Benny appeared to be very nervous and left the office after being made to wait, leaving the passport in the process.

7. On December 5, 2012, you affiant examined the U.S. Passports turned over to the U.S. Department of State (DOS), Diplomatic Security Service for investigation. Both passports appeared to have an overlay or sticker with the photograph and biographical information for Suresh Benny printed on it placed over the true biographical page. Behind the overlay, the passports revealed the true biographical information for the passports including their passport numbers. According to U.S. Department of State records passport # 044131966 had been issued to "K.J." and passport # 482546916 had been issued to "J.A.". No lost or stolen reports had been filed with the U.S. Department of State regarding the recovered passports of "K.J." and "A.J.". Passport numbers used on the overlay by Suresh Benny did not exist or correspond to a U.S. passport issued to Suresh Benny.

8. Your affiant performed a search using the Department of Homeland Security (DHS) Person Centric Query Search (PCQS) database using the name Suresh Benny, and social security number (SSN) XXX-XX-8738. The search revealed that Suresh Benny was a citizen of Trinidad and Tobago. The search also revealed that Suresh Benny had received a B1/B2 visa in 1998 which had expired in 2008. Records indicate that Suresh Benny had been refused permanent resident status by immigration officials in 2005.

9. Your affiant performed a search of DHS, DOS, and U.S. Citizenship and Immigration Services records using the name Suresh Benny and SSN XXX-XX-8738. No re-application or re-adjustment of legal status or residency was located since his previous refusal for permanent resident status in 2005.

10. Based on the information contained in this affidavit, I submit that there is probable cause to believe that Suresh Benny, did knowingly, willfully, and falsely represent himself to be a citizen of the United States to the Florida Department of

2

Highway Safety and Motor Vehicles, by identifying himself as Suresh Benny, a citizen of the United States in violation of Title 18, United States Code, Section 911.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Kevin Grant
Special Agent
Diplomatic Security Service

Subscribed and sworn to before me this 21st day of March, 2013, at West Palm Beach, Florida

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8159-JMH

UNITED STATES OF AMERICA

vs.

SURESH BENNY,

Defendant.
_____/

CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern
    Region of the United States Attorney's Office prior to October
    14, 2003?         _____ Yes    X    No

2.  Did this matter originate from a matter pending in the Central
    Region of the United States Attorney's Office prior to September
    1, 2007?          _____ Yes    X    No

                        Respectfully submitted,

                        WIFREDO A. FERRER
                        UNITED STATES ATTORNEY

            BY:    _____
                        AURORA FAGAN
                        ASSISTANT UNITED STATES ATTORNEY
                        Aurora.Fagan@usdoj.gov
                        Florida Bar No. 188591
                        500 S. Australian Avenue, Suite 400
                        West Palm Beach, FL 33401-6235
                        Tel: (561) 820-8711
                        Fax: (561) 820-8777